**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

BRIAN SALTER,

      VS                                          CASE NO.  4:11cv42-RH/WCS

LIGHTHOUSE CHILDREN'S HOME,
INC.,

**JUDGMENT**

       This case is dismissed with prejudice under Federal Rule of Civil Procedure

41(a).

                                  JESSICA J. LYUBLANOVITS
                                  CLERK OF COURT

 June 1, 2011                         s/Pam Lourcey
DATE                                 Deputy Clerk: Pam Lourcey